709 A.2d 908

Ruth ECKENRODE, Richard Hamilton and Margaret Hamilton, h/w, Thomas Keiper and Linda Keiper, h/w, James McCool and Joanne McCool, h/w, Eugene Musselman and Linda Musselman, h/w, Nelson Panazzolo and Diane Panazzolo, h/w, John Saldibar and Vie Saldibar, h/w, William Thomas, Anneliese Young, Isabelle Wolfe, Jack Neal and Dorothy Neal, h/w and Olga Daddario, Petitioners,

v.

R.P. HOFFMAN MOBIL, INC., Paul Arthur Hoffman and Lois Fischer Hoffman, Individually and Randolph Hoffman t/a R.P. Hoffman Excavating, Sussex Tank Company, Inc., Ray's Pump, Ray's Pump and Tank, Lloyd J. Nolan, Inc., Mobile Oil Corp., Airline Petroleum Company, Texaco, Inc., Earl Toler, Individually and t/a Toler Excavating and Roche Supply, Inc., Respondents.

Supreme Court of Pennsylvania.

May 29, 1998.

216

## ORDER

PER CURIAM:

AND NOW, this 29th day of May, 1998, the Petition for Allowance of Appeal is **GRANTED** with respect to the issue of entry of judgment of non pros, the Order of the Superior Court is **REVERSED IN PART**, and the matter is **RE-MANDED** to the Court of Common Pleas of Monroe consistent with this Court's opinion in *Jacobs v. Halloran,* 551 Pa. 350, 710 A.2d 1098 (1998) and *Marino v. Hackman,* 551 Pa. 369, 710 A.2d 1108 (1998).